Jesse Myers against the San Domingo Improvement Company of New York. T. F. Conway, for appellant. J. M. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 N. Y. Supp. 1138.

MYERS v. SAN DOMINGO IMPROVEMENT CO. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Jesse Myers against the San Domingo Improvement Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 124 N. Y. Supp. 1122.

N. DAIN'S SONS CO., Appellant, v. THOMAS McNALLY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by the N. Dain's Sons Company against the Thomas McNally Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 122 N. Y. Supp. 964.

NEW YORK CENT. & H. R. R. CO. v. FEDERAL SUGAR REFINING CO. OF YONKERS et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by the New York Central & Hudson River Railroad Company against the Federal Sugar Refining Company of Yonkers and others.

PER CURIAM. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

BURR, J., taking no part.

NICHOLSON, Respondent, v. TOWN OF STILLWATER, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Elizabeth M. Nicholson, as administratrix, etc., against the Town of Stillwater.

PER CURIAM. Judgment and order reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

COCHRANE and SEWELL, JJ., dissent.

NILES, Respondent, v. WINKLER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Cecelia W. Niles, as administratrix, against Leopold Winkler and others. O. V. Schrenk, for appellants. H. H. Gibbs, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NINTH NAT. BANK OF CITY OF NEW YORK, Appellant, v. MOSES et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by the Ninth National Bank of the City of New York against Morris Moses and others, as receivers. O. C. Wierum, Jr., for appellant. E. D. Hays, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'BIERNE, Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Bridget O'Bierne against George T. Kelly. J. H. San, for appellant. S. Bird, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'CONNELL, Respondent, v. SCOTTDALE FOUNDRY & MACHINE CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Timothy F. O'Connell against the Scottdale Foundry & Machine Company. No opinion. Order affirmed, with $10 costs and disbursements.

OLSZEWSKA, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by Veronica Olszewska against the State of New York. No opinion. Motion granted. See, also, 123 N. Y. Supp. 1132.

ONONDAGA COUNTY, Respondent, v. CITY OF AMSTERDAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Onondaga County against the City of Amsterdam. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 124 N. Y. Supp. 558, 562.

OSTERHELD, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Dudley Oliver Osterheld against the Star Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 134 App. Div. 929, 118 N. Y. Supp. 1128.

OSTRANDER, Appellant, v. OSTRANDER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Caroline A. Ostrander against Mary Ostrander. No opinion. Judgment affirmed, with costs.

OTIS, Respondent, v. GRANGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by James S. Otis against Abbott D. Granger. No opinion. Order affirmed, with $10 costs and disbursements.

O'TOOLE, Respondent, v. O'TOOLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Adeline F. O'Toole against John R. O'Toole. No opinion. Order affirmed, with $10 costs and disbursements.

PACKARD, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Nathan J. Packard against the Long Island Railroad Company. E. R. Finch, for appellant. J. Rosenzweig, for respondent. No